UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE LOCAL 7 TILE INDUSTRY
WELFARE FUND et al.,

                                Plaintiffs,                      **MEMORANDUM & ORDER**

        -against-                                         15 CV 5535 (RJD) (CLP)

TUCKAHOE TILE, INC.,

                                Defendant.
------------------------------------------------------------X

DEARIE, District Judge:

       By Report and Recommendation submitted September 2, 2016, Magistrate Judge Pollak recommends that a default judgment be entered against defendant Tuckahoe Tile, Inc. in the amount of $60,576.24, representing unpaid contributions to employee benefit plans, liquidated damages, and attorneys' fees and costs, pursuant to Section 502(a)(3) of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1132(a)(3), 1145 and Section 301 of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. § 185.

       The deadline for filing objections to the Report and Recommendation was September 19, 2016. No objections have been filed. The Court has reviewed Judge Pollak's Report and Recommendation and adopts it in its entirety.

SO ORDERED.

Dated: Brooklyn, New York
         September 30, 2016

                                                    s/ RJD
                                          RAYMOND J. DEARIE
                                          United States District Judge